UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: HUBBARD, MELISSA S.  § Case No. 09-06747
HUBBARD, MATTHEW N.  §
§
Debtor(s)  §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

CHARLES J. MYLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $99,959.00 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $1,439.80 | Claims Discharged Without Payment: $100,348.12 |
| Total Expenses of Administration: $3,894.08 | |

3) Total gross receipts of $ 5,333.88 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,333.88 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 3,894.08 | 3,894.08 | 3,894.08 | 3,894.08 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 11,118.90 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 56,330.70 | 45,457.22 | 45,457.22 | 1,439.80 |
| TOTAL DISBURSEMENTS | $60,224.78 | $60,470.20 | $49,351.30 | $5,333.88 |

4) This case was originally filed under Chapter 7 on February 28, 2009. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/11/2010          By: /s/CHARLES J. MYLER
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (9/1/2009)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| tax refund | 1124-000 | 5,332.90 |
| Interest Income | 1270-000 | 0.98 |
| **TOTAL GROSS RECEIPTS** | | **$5,333.88** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| N/A | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHARLES J. MYLER | 2100-000 | N/A | 1,283.32 | 1,283.32 | 1,283.32 |
| Charles J. Myler | 2200-000 | N/A | 5.76 | 5.76 | 5.76 |
| Myler, Ruddy & McTavish | 3110-000 | N/A | 2,605.00 | 2,605.00 | 2,605.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 3,894.08 | 3,894.08 | 3,894.08 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Kane County Tax Collector/Treasurer | 5800-000 | N/A | 11,118.90 | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 11,118.90 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| American Express Centurion Bank | 7100-000 | N/A | 840.91 | 840.91 | 26.64 |
| ComEd Co. | 7100-000 | N/A | 321.36 | 321.36 | 10.18 |
| Chase Bank USA NA | 7100-000 | N/A | 5,528.39 | 5,528.39 | 175.10 |

UST Form 101-7-TDR (9/1/2009)

| | | | | | |
|---|---|---|---|---|---|
| PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 18,753.11 | 18,753.11 | 593.98 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 6,379.35 | 6,379.35 | 202.06 |
| Chase Bank USA, N.A | 7100-000 | N/A | 1,397.08 | 1,397.08 | 44.25 |
| AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | N/A | 8,847.23 | 8,847.23 | 280.22 |
| AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | N/A | 317.21 | 317.21 | 10.05 |
| Recovery Management Systems Corporation | 7100-000 | N/A | 3,072.58 | 3,072.58 | 97.32 |
| Early Intervention Central Billing Office | 7100-000 | 450.00 | N/A | N/A | 0.00 |
| Citi | 7100-000 | 18,753.00 | N/A | N/A | 0.00 |
| Citi | 7100-000 | 6,196.00 | N/A | N/A | 0.00 |
| Fox Valley Women's Health Partners | 7100-000 | 90.00 | N/A | N/A | 0.00 |
| Kohls/Chase | 7100-000 | 1,397.00 | N/A | N/A | 0.00 |
| GE Money Bank | 7100-000 | 3,372.00 | N/A | N/A | 0.00 |
| Washmtl/Prov | 7100-000 | 5,528.00 | N/A | N/A | 0.00 |
| Kay Jewelers | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Chase Bank One Card Serv | 7100-000 | 16,242.00 | N/A | N/A | 0.00 |
| Hsbc/Bstby | 7100-000 | 1,117.00 | N/A | N/A | 0.00 |
| Amex | 7100-000 | 903.00 | N/A | N/A | 0.00 |
| Amex | 7100-000 | 903.00 | N/A | N/A | 0.00 |
| Amer Honda | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| American Express | 7100-000 | 865.00 | N/A | N/A | 0.00 |
| Central Dupage Health/Physician Grp | 7100-000 | 114.70 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 56,330.70 | 45,457.22 | 45,457.22 | 1,439.80 |

UST Form 101-7-TDR (9/1/2009)


Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 09-06747
Case Name: HUBBARD, MELISSA S.
HUBBARD, MATTHEW N.

Period Ending: 01/11/10

Trustee: (330510) CHARLES J. MYLER
Filed (f) or Converted (c): 02/28/09 (f)
§341(a) Meeting Date: 03/30/09
Claims Bar Date: 07/31/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 1160 Lakin Ave., Elburn | 415,000.00 | 0.00 | | 0.00 | FA |
| 2 | cash | 150.00 | 150.00 | DA | 0.00 | FA |
| 3 | bank account with Chase | 3,000.00 | 3,000.00 | DA | 0.00 | FA |
| 4 | bank account with Chase | 2,945.00 | 2,945.00 | DA | 0.00 | FA |
| 5 | miscellaneous household goods and furnishings--e | 5,750.00 | 5,750.00 | DA | 0.00 | FA |
| 6 | miscellaneous books, pictures, etc. | 50.00 | 50.00 | DA | 0.00 | FA |
| 7 | wearing apparel | 3,550.00 | 3,550.00 | DA | 0.00 | FA |
| 8 | miscellaneous items | 1,300.00 | 1,300.00 | DA | 0.00 | FA |
| 9 | Debtor has no insurance policy with a cash value | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | 401k | 10,000.00 | 10,000.00 | DA | 0.00 | FA |
| 11 | 1099 employee with Uppercase Living | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2007 Honda Acura MDX | 31,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | 2009 Nissan Armada | 30,214.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2007 Hyundai Sonata (NADA: trade-in $7,700; reta | 11,500.00 | 0.00 | DA | 0.00 | FA |
| 15 | miscellaneous assets | 500.00 | 500.00 | DA | 0.00 | FA |
| 30 | tax refund | 7,032.00 | 7,032.00 | | 5,332.90 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.98 | FA |
| 17 Assets | Totals (Excluding unknown values) | $521,991.00 | $34,277.00 | | $5,333.88 | $0.00 |

Major Activities Affecting Case Closing:

Distribution made 12/3/09

Initial Projected Date Of Final Report (TFR): September 30, 2009      Current Projected Date Of Final Report (TFR): October 2, 2009 (Actual)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-06747 | | Trustee: | CHARLES J. MYLER (330510) |
|---|---|---|---|---|
| Case Name: | HUBBARD, MELISSA S. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | HUBBARD, MATTHEW N. | | Account: | ***_*****89-65 - Money Market Account |
| Taxpayer ID #: | 54-6849443 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/11/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/25/09 | {30} | Matthew and Melissa Hubbard | Tax refund | 1124-000 | 5,332.90 | | 5,332.90 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.03 | | 5,332.93 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.22 | | 5,333.15 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.22 | | 5,333.37 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,333.58 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,333.79 |
| 11/13/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.09 | | 5,333.88 |
| 11/13/09 | | To Account #********8966 | Transfer to checking | 9999-000 | | 5,333.88 | 0.00 |
| | | | ACCOUNT TOTALS | | 5,333.88 | 5,333.88 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,333.88 | |
| | | | Subtotal | | 5,333.88 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $5,333.88 | $0.00 | |

## Form 2
### Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 09-06747 | | Trustee: | CHARLES J. MYLER (330510) |
|---|---|---|---|---|
| Case Name: | HUBBARD, MELISSA S. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | HUBBARD, MATTHEW N. | | Account: | ***-*****89-66 - Checking Account |
| Taxpayer ID #: | 54-6849443 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/11/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/13/09 | | From Account #********8965 | Transfer to checking | 9999-000 | 5,333.88 | | 5,333.88 |
| 11/13/09 | 101 | CHARLES J. MYLER | Dividend paid 100.00% on $1,283.32, Trustee Compensation; Reference: | 2100-000 | | 1,283.32 | 4,050.56 |
| 11/13/09 | 102 | Charles J. Myler | Dividend paid 100.00% on $5.76, Trustee Expenses; Reference: | 2200-000 | | 5.76 | 4,044.80 |
| 11/13/09 | 103 | Myler, Ruddy & McTavish | Dividend paid 100.00% on $2,605.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,605.00 | 1,439.80 |
| 11/13/09 | 104 | Kane County Tax Collector/Treasurer | Dividend paid 12.94% on $11,118.90; Claim# 3; Filed: $11,118.90; Reference:<br>Voided on 11/25/09 | 5800-003 | | 1,439.80 | 0.00 |
| 11/25/09 | 104 | Kane County Tax Collector/Treasurer | Dividend paid 12.94% on $11,118.90; Claim# 3; Filed: $11,118.90; Reference:<br>Voided: check issued on 11/13/09 | 5800-003 | | -1,439.80 | 1,439.80 |
| 12/03/09 | 105 | American Express Centurion Bank | Acct. #1003 | 7100-000 | | 26.64 | 1,413.16 |
| 12/03/09 | 106 | ComEd Co. | Acct. #13730-57009 | 7100-000 | | 10.18 | 1,402.98 |
| 12/03/09 | 107 | Chase Bank USA NA | Acct.#2955 | 7100-000 | | 175.10 | 1,227.88 |
| 12/03/09 | 108 | PYOD LLC its successors and assigns as assignee of | Acct #4987 | 7100-000 | | 593.98 | 633.90 |
| 12/03/09 | 109 | PYOD LLC its successors and assigns as assignee of | Acct. #7725 | 7100-000 | | 202.06 | 431.84 |
| 12/03/09 | 110 | Chase Bank USA,N.A | Acct #9389 (Kohl's) | 7100-000 | | 44.25 | 387.59 |
| 12/03/09 | 111 | AMERICAN INFOSOURCE LP AS AGENT FOR | Acct. #0550 | 7100-000 | | 280.22 | 107.37 |
| 12/03/09 | 112 | AMERICAN INFOSOURCE LP AS AGENT FOR | Acct. #4704 | 7100-000 | | 10.05 | 97.32 |
| 12/03/09 | 113 | Recovery Management Systems Corporation | Acct. #1111 | 7100-000 | | 97.32 | 0.00 |
| | | | ACCOUNT TOTALS | | 5,333.88 | 5,333.88 | $0.00 |
| | | | Less: Bank Transfers | | 5,333.88 | 0.00 | |
| | | | Subtotal | | 0.00 | 5,333.88 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $5,333.88 | |

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

Case Number: 09-06747
Case Name: HUBBARD, MELISSA S.
HUBBARD, MATTHEW N.
Taxpayer ID #: 54-6849443
Period Ending: 01/11/10

Trustee: CHARLES J. MYLER (330510)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***-*****89-66 - Checking Account
Blanket Bond: $5,000,000.00 (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts: | 5,333.88 | | | | |
| | | Net Estate: | $5,333.88 | | | | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****89-65 | 5,333.88 | 0.00 | 0.00 |
| Checking # ***-*****89-66 | 0.00 | 5,333.88 | 0.00 |
| | $5,333.88 | $5,333.88 | $0.00 |